|  |  |  |  |
|---|---|---|---|
|  |  | "*" MEANS REDUCED TIME ENTERED<br><br>**ATTORNEY HOURS: 7.7 @ 375/HOUR = $2695 (REDUCED FROM 9.4 & NOT INCLUDING FEE APP PREPARATION OR MTMP HEARING)**<br><br>**PARALEGAL HOURS: 3.9 @ 150/HOUR = $585**<br><br>**AMOUNT REQUESTED: $2300** |  |
| 12/11/2023 | MVL | REVIEW MFR; CHECK NDC - TRUSTEE PAYMENT | 0.1 |
| 12/11/2023 | MVL | EMAIL OFLAZIAN RE PAYMENT HISTORY REQUEST, WANTS PROOF OF INSURANCE | 0.1 |
| 12/11/2023 | MVL | EMAIL D MAYBERRY RE. SENDING LETTER TO D RE PROOF OF PAYMENT, NEED PROOF OF INSURANCE SEND LENDER, | 0.1 |
| 12/11/23 | DM | EMAIL MVL: OK<br>PREPARE & MAIL LETTER TO D RE MFR, ATTACH NDC | N/C<br>.1 |
| 12/12/2023 | MVL | EMAIL EXCHANGE OFLAZIAN RE PAYMENT HISTORY, WHEN WILL RECEIVE, WANTS INSURANCE, MAKE SURE LENDER LOSS PAYEE, SYSTEM SHOW NO INSURANCE, ADV. WILL FIND OUT; MAY REFILE B/C BEHIND ON MORTGAGE TOO BUT CONFIRM CURRENT W. TRUSTEE, SENT HER NDC AS REQUESTED<br>**(7 EMAILS)** | .2* |
| 12/12/23 | DM | T/C MVL: D CALLED, BEHIND ON CAR AND MORTGAGE PAYMENTS, WANTS APPTY, WANTS TO KNOW IF SHOULD REFILE. MVL WANTS ME TO REQUEST HISTORY FROM D JONES, THINKS THAT'S THE LAWYER, CHECK DOCKET;<br>CHECK DOCKET, REACHED OUT TO D JONES OFFICE FOR MORTGAGE HISTORY, ASK IF ON MFR LIST; WILL GET BACK TO ME, LET MVL KNOW<br>T/C D: BEHIND ON CAR & MORTGAGE PAYMENTS, CURRENT ON BK PAYMENTS THOUGH; CRIED ABOUT HOLIDAYS; TOLD NOT TO WORRY; WANTS APPTY W. MICHELLE | .4 |
| 12/15/2023 | MVL | EMAIL EXCHANGE OFLAZIAN RE. MFR UPDATE; RECEIVED PAYMENT HISTORY & WILL REVIEW W. CLIENT; STILL WAITING FOR PROOF OF INSURANCE; NEED AN EASIER LEDGER TO RECEIVE, ONE FROM | 0.2* |

| Date | | Description | |
|---|---|---|---|
| | | SHARON IS BLURRY; SENT EASIER LEDGER (5 EMAILS);<br>EMAIL DM: NEED PROOF OF INSURANCE STILL/PROOF OF D PAYMENTS | |
| 12/15/23 | DML | EMAIL MVL: OK<br>T/C D – RE REQUEST PROOF OF INSURANCE; WILL EMAIL ME BANK STATEMENTS SHOWING PAYMENTS<br>EMAIL MVL: SENT BANK STATEMENTS, MORTGAGE DOCS | .1 |
| 12/15/2023 | MVL | REVIEW BANK PAY HISTORY FOR CAR PAYMENTS; CREATE SPREADSHEET<br>T/C D RE MISSING MORTGAGE/CAR PAYMENTS, DISCUSSED SURRENDERING VEHICLE, VEHICLE HAVING ISSUES; LOAN MODIFICATION, WILL GET CAUGHT UP ON MORTGAGE 1ST; WENT OVER PAYMENT HISTORY & MISSING 7 MTH MORTGAGE; ADV THAT SHE PAYS FROM MULTIPLE ACCOUNTS & THINK ONLY GAVE ME USAA/NAVY FEDERAL, BUT HAS 4 OTHER ACCOUNTS SHE PAYS BILLS FROM; ADV THAT SHE NEED TO THINK ABOUT WHERE PAY MORTGAGE/CAR FROM & NEED STATEMENTS FROM THOSE ACCT FROM DOF | 0.6*<br><br>0.5 |
| 12/17/2023 | MVL | T/C D RE BANK STATEMENTS; WILL DROP OFF BUT NEEDS TO PAY FOR THEM; HAD QUESTIONS ABOUT POSS CAR DEALERSHIPS FOR BK PPL; ADV TRY BRYNER CHEVY @ JENKINTOWN & CONICELLI @ PLYMOUTH | 0.2 |
| 12/17/2023 | MVL | EMAIL DM RE D GOING TO DROP OFF BUNCH BANK STATEMENTS<br>EMAIL EXCHANGE OFLAZIAN RE PAYMENT HISTORY, STILL BLURRY, LOOKS LIKE IT IS PREPETITION; NEED ONE JUST FOR POST; | 0.1* |
| 12/17/23 | DM | EMAIL MVL: OK | N/C |
| 12/18/23 | DM | RECEIVE BANK STATEMENTS FOR NAVY FEDERAL; USAA; TRANSIT WORKS; 1776 CU; PSECU; BOA; ORGANIZE & SEND TO MVL<br>PER MVL, NEED ADD'L STATEMENTS FROM TRANSIT WORKS<br>PER D: WILL DROP OFF TMW | .5 |
| 12/19/23 | DM | EMAIL MVL: ALL BANK STATEMENTS; MORTGAGE HISTORY; CAR HISTORY<br>T/C D: ADV MVL GOING TO REVIEW ALL THE STATEMENTS TMW; ADDED D TO CALENDAR FR TMW<br>EMAIL MVL: ADDED D TO CALENDAR FOR TMW | .1 |

| | | | |
|---|---|---|---|
| | | EMAIL FR MVL: OK.. YOU SURE I HAVE EVERYTHING<br>EMAIL MVL: EVERYTHING I HAVE, ITS IN ORDER; WHY SHE HAVE SO MANY ACCOUNTS!<br>EMAIL FR MVL: REMIND HER TO CONDENSE YO. | |
| 12/20/2023 | MVL | REVIEW BANK STATEMENTS (NAVY FEDERAL; USAA; TRANSIT WORKS; 1776 CU; PSECU) PREPARED HISTORY; COMPARE LENDER HISTORY; 3 MONTH MORTGAGE MISSING?<br>T/C D – HAD QUESTION ABOUT CHP 13 PLAN & IF CAN FILE CHP 7 AND GET OUT OF BK; ADV THAT SHE WOULD NEED TO SURRENDER CAR & GET LOAN MOD OR GET CURRENT W. MORTGAGE; NEEDS TO WORK ON LOAN MOD ASAP TOO; SHE WILL GO TO CAR DEALERS TODAY & GET BACK TO ME WHEN SHE GETS THERE; ALSO TOLD HER TOO MANY BANK ACCOUNTS, FOUND PAYMENTS COMING OUT OF SEVERAL; ADV THAT BOA IS MOM ACCOUNT<br>3-WAY CALL W/ENTERPRISE RE PURCHASING VEHICLE. "DOMINIC". ENTERPRISE @ CHEMICAL ROAD; ADV THAT WOULD NEED PAYMENT OF LESS THAN 350. D @ LOCATION TO LOOK VEHICLES, SAYS CANT HELP B/C HE REMEMBERS PRIOR CLIENT (JANE JONES) GAVE FAKE TRUSTEE LETTER; NEED SOMETHING FROM TRUSTEE BEFORE EVEN TOUCHING; ADV WILL SEND PACER & CAN CONFIRM CASE CONFIRMED;<br>3-WAY CALL W/CONICELLI RE PURCHASING VEHICLE "ADAM?" @ PLYMOUTH MEETING: WANTED TO KNOW WHY LOOKING FOR VEHICLE; SEES CONFIRMED BUT MFR FOR VEHICLE; DOESN'T LOOK GOOD FOR BUDGET 350 W. INTEREST RATES; | 1.2 |
| 12/20/2023 | MVL | PREPARE RESPONSE TO MFR; CHECK FINAL NOTES RE MISSING PAYMENTS;<br>T/C D RE SURRENDER VEHICLE, WILL KEEP B/C CANT FIND VEHICLE; | 0.4* |
| 12/20/23 | DM | FILE MFR<br>T/C MVL: RE EMAIL D RE FILED MFR; REMIND HER TO SEND PROOF OF ANY ADD'L PAYMENTS; PAY OUT OF ONE ACCOUNT ONLY PER MVL, AND TO HOLD ON CAR PAYMENTS IN CASE WE NEED FUNDS FOR STIP BUT TO CATCH UP ON MORTGAGE PAYMENTS ASAP PER MVL;<br>SEND/DRAFT MORTGAGE AUTHORIZATION LETTER FOR LOAN MOD APPLICATION<br>SEND PROOF OF CONFIRMATION TO CONICELLI & ENTERPRISE | .4 |
| 12/20/2023 | MVL | EMAIL EXCHANGE OFLAZIAN RE ARREARS FINAL NUMBERS/ROLL INTO PLAN/WILL GET CLIENT | 0.2 |

| | | AUTHORIZATION; WILL KEEP VEHICLE & FILE MFR; REQUESTED UPDATED HISTORY (4 EMAILS) | |
|---|---|---|---|
| 12/21/21 | DM | EMAIL SHARON @ OFLAZIAN OFFICE RE HISTORY REQUEST | .1 |
| 12/27/2023 | MVL | EMAIL D RE ARREARS AMOUNTS & HOW WILL IMPACT PLAN AMOUNT; <br> EMAIL OFLAZIAN RE ARREARS FIGURES | 0.1 |
| 12/28/2023 | MVL | EMAIL DORIS RE F/UP W. OFLAZIAN RE STIP | 0.1 |
| 12/28/23 | DM | EMAIL MVL: OK <br> EMAIL OFLAZIAN: RE REQUEST FOR STIP <br> EMAIL FR SHARON: WILL SEND | .1 |
| 1/2/24 | DM | EMAIL MVL PURCHASE ORDERS FROM D <br> EMAIL FR MVL: OK WILL REVIEW | N/C |
| 1/2/24 | BP | D DROPPED OF DOCS FROM MVL, WILL SCAN & SEND | N/C |
| 1/2/2024 | MVL | EMAIL OFLAZIAN RE STIPULATION EDITS/FIGURES <br><br> REVIEW STIPULATION; <br><br> T/C D RE STIPULATION; D WENT TO BUY HERE/PAY HERE & HAD PURCHASE ORDER; PAYMENTS TOO HIGH FOR SHADY VEHICLES; WILL JUST KEEP CAR | 0.1* <br><br> 0.1* <br><br> 0.3* |
| 1/5/2024 | MVL | EMAIL OFLAZIAN RE CHANGES STIP; REVIEW STIP; CONFIRM LAST PAYMENT | N/C |
| 1/5/24 | DM | T/C D – RECEIVED STIP & HAS CONCERNS; STILL DOESN'T THINK OWE THAT MUCH; CONCERNED ABOUT HOW WILL AFFORD <br> EMAIL MVL: D WANTS ANOTHER APPTY; CONCERNED ABOUT STIP & IF LATER SURRENDERS CAR <br> EMAIL FR MVL: LEFT V/M FOR D TO REVIEW LATEST STIP <br> EMAIL SHARON @ OFLAZIAN: RECEIVED LATEST STIP; THANK YOU | .1 <br> .1 |
| 1/5/2024 | MVL | EMAIL DM RE <br><br> V/M D RE STIP | .1 |
| 1/9/2024 | MVL | EMAIL DORIS RE MFR; D OK W STIP | 0.1 |
| 1/9/2024 | MVL | T/C D RE STIP; WILL NEED UPDATED INCOME/EXPENSES <br> EMAIL OFLAZIAN RE STIP GOOD TO GO | 0.2 |
| 1/10/2024 | MVL | CONFIRM SETTLED/MFR CONTD | N/C |
| 1/16/2024 | MVL | EMAIL D RE STILL NEED UPDATED PAY AND REVISED SCHEDULE J; | 0.1 |

|  |  |  |  |
|---|---|---|---|
|  |  | V/M MARK ENTERPRISE RE FOLLOW-UP PURCHASE ORDER | N/C |
| 1/16/24 | DM | T/C D RE STILL SHOPPING FOR VEHICLE; WENT BACK TO ENTERPRISE; THEY RECEIVED PACER; WANTS TO KNOW WHAT PAYMENT AMOUNT WILL BE BEFORE MODIFY PLAN; ADV THAT NEED UPDATED SCH. TO DO THAT; WILL HAVE MVL SEND DRAFT; HAD QUESTION ABOUT LOAN MOD BUT ADV MVL HAVE TO ANSWER<br>EMAIL MVL: PLEASE REACH OUT TO D; HAD QUESTIONS ABOUT LOAN MOD; STILL SHOPPING FOR VEHICLE;<br>EMAIL FR MVL: I KNOW. FORWARDED MSG FROM "MARK"; WILL DO TMW | .3 |
| 1/17/2024 | MVL | DRAFT MTMP; EMAIL EXCHANGE D RE NEED AMENDED SCHEDULE INFO TO FINALIZE MATH; PLEASE SEE ATTACHED PROPOSED PLAN; ADV LOOKING FOR CAR, WANTS TO WAIT; REMINDED OF DEADLINE; PURCHASE ORDERS KEEP SENDING TOO HIGH  (6 EMAILS) | .4* |
| 1/20/24 | DM | EMAIL MVL: PER MVL, DEADLINE COMING UP; 3 MORE PURCHASE ORDERS CAME FOR VEHICLE; PAYMENTS ALL OVER 600; | .1 |
| 1/30/24 | DM | EMAIL MVL: REMINDER MTMP DUE | N/C |
| 1/30/2024 | MVL | EMAIL D RE MTMP HAS DEADLINE TO FILE & COURT APPROVED | 0.1 |
| 2/5/24 | DM | EMAIL MVL: SHARON EMAILED RE DEADLINE EXPIRED, LEFT V/M FR D<br>EMAIL FR MVL: OK | .1 |
| 2/5/24 | MVL | EMAIL DM: OK | N/C |
| 2/6/24 | DM | RETURN D T/C; LEFT V/M<br>EMAIL MVL – MIGHT BE GHOSTED?<br>EMAIL FR MVL: WHO KNOWS<br>EMAIL MVL: SHOULD I REACH OUT<br>EMAIL FR MVL: NO, I WILL | N/C |
| 2/10/24 | DM | EMAIL MVL: YOU HEAR FROM D?<br>EMAIL FR MVL: OOPS. DIDN'T SEND EMAIL; WILL F/U NOW; GOOD CATCH | N/C |
| 2/10/2024 | MVL | EMAIL D RE NEED TO PREPARE SEVERAL SCHEDULES AS DISCUSSED ON 1/17. THE DEADLINE HAS EXPIRED, AND WE HAVE RECEIVE DA DEFAULT NOTICE. THIS JUDGE DOES NOT GIVE SECOND CHANCES IF YOU VIOLATE STIP. I NEED TO PREPARE I, J, PLAN AND MOTION; | .1* |
| 2/15/24 | DM | EMAIL MVL: T/C D; RECEIVED EMAIL BUT WANTS TO WAIT TO FILE AP B/C MAY HAVE FOUND A CAR; | .1 |

| | | | |
|---|---|---|---|
| | | EMAIL FR MVL: NO, SHE CAN'T. THERE'S A DEADLINE, SEND FINAL NOTICE LETTER. THIS IS TOO MUCH<br>EMAIL MVL: OK. AND SHE FAXED MORE PO BTW<br>EMAIL FR MVL: OK. SEND EM<br>EMAIL FR MVL: TELL HER NOPE. TRUSTEE WILL NEVER APPROVE | |
| 2/15/24 | DM | EMAIL MVL: WAIT, CAN YOU DRAFT; HAVE 341 DOCS TO UPLOAD FOR NJ<br>EMAIL FR MVL: YES | N/C |
| 2/15/2024 | MVL | LETTER D RE MTMP RE DEADLINE, NEED DOCS; | 0.1* |
| 2/20/24 | DM | EMAIL MVL: T/C D. SAYS RECEIVED LETTER AND NOT SURE WHY SO STRESSED; ITS HER CAR; EXPLAINED THAT ITS NOT JUST ABOUT CAR BUT CASE CAN BE DISMISSED; SHE ALSO WENT TO SEE ABOUT LOAN MOD BUT NO LUCK; GOING TO USE TAX REFUND TO CURE<br>EMAIL FR MVL: OK | .1 |
| 2/26/24 | DM | EMAIL MVL: FORWARD EMAIL FROM SHARON @ OFLAZIAN, WANT KNOW STATUS OF MTMP<br>EMAIL FR MVL: OK. | N/C |
| 2/26/2024 | MVL | EMAIL DORIS RE F/UP W. D RE DOC REQUEST; | 0.1 |
| 2/28/2024 | MVL | EMAIL EXCHANGE DORIS RE DOC REQUEST; RECEIVED ANOTHER EMAIL FROM ALYK; IF D NOT PROVIDE DOCS BY 3/5 DONE W. IT;  (5 EMAILS) | 0.2 |
| 2/28/24 | DM | T/C MVL RE DOC REQUEST; PER MVL T/C D KNOW IF SHE ISN'T GOING TO MODIFY PLAN, STOP WASTING EVERYONE TIME; LENDER ATTY KEEP CONTACTING OFFICE & NOT FAIR TO THEM OR TO US; IF DOCS NOT RECEIVE BY 3/5 MVL GOING TO SEND FINAL LETTER & BE DONE W. IT | .2 |
| 3/5/24 | DM | EMAIL MVL: NO DOCS;  LEFT V/M D | N/C |
| 3/5/2024 | MVL | EMAIL DM: OK.<br>FINAL LETTER D RE DOC REQUEST/DEADLINE;<br>EMAIL EX OFLAZIAN: RE STATUS AP | 0.2 |
| 3/6/24 | DM | EMAIL MVL: D DROPPED OFF DOCS<br>RECEIVE DOCS FROM D, FORWARD TO MVL; SCHEDULE APPTY FOR TMW; WANTS TO MAKE INFORMED DECISION; EMAIL SHARON PER MVL, WILL BE FILED TMW | .1 |
| 3/7/2024 | MVL | PREPARE MTMP & MULTIPLE I/J; AMENDED PLANS<br>T/C D RE PREPARE MULTIPLE AMENDED PLANS; I/J FOR IF SURRENDER VEHICLE; KEEP VEHICLE BUT PAY ARREARS ONLY THROUGH PLAN; KEEP VEHICLE BUT PAY ENTIRE VEHICLE THROUGH PLAN; ADV THAT KEEP VEHICLE BUT PAY ENTIRE IS | 1.4 |

|  |  | ONLY AN ESTIMATE B/C DON'T HAVE FINAL FIGURES & NO MORE TIME B/C OF STIP; D CONCERNED ABOUT VEHICLE GIVING HER TROUBLE; ADV NONE OF VEHICLES SENT ARE CERTIFIED & TOO HIGH FOR WHAT GETTING & CO-DEBTOR BE LIABLE FOR DIFFERENCE IF CAR REPO/SOLD; |  |
|---|---|---|---|
| 3/7/24 | DM | FILE MTMP, I/J; AP | .1 |
| 3/8/24 | DM | FILE SUPPLEMENTAL FEE AP | .1 |
| 5/19/24 | DM | UPDATE FEE APPLICATION FOR TIME | .8 |
|  |  |  |  |
| ANTICIPATED |  | MTMP HEARING<br><br>SUPP FEE APP HEARING | 1 |

ATTORNEY HOURS: 7.7 @ 375/HOUR = $2695 (REDUCED FROM 9.4 & NOT INCLUDING FEE APP PREPARATION OR MTMP HEARING)

PARALEGAL HOURS: 3.9 @ 150/HOUR = $585